**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 14, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00236-CV

## SENSATE PROPERTIES, LLC, Appellant

## V.

## RAYMOND KWONG AND FRANCES WONG, Appellee

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1068559**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 16, 2020. On April 6, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.